FILED
CLERK, U.S. DISTRICT COURT
NOV 1 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR05-1118-MWF-1 |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Christian Antonio Dighero | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of ~~his~~/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on insufficient bail resources; prior deportation; unemployed status; alleged failure to report to probation office

|   |   |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | and/or |

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/14/19

_____
UNITES STATES MAGISTRATE JUDGE

PAUL L. ABRAMS

2